FILED
CLERK, U.S. DISTRICT COURT

SEP 2 3 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION *IV* BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

*William Brent Campbell*

    Defendant.

Case No.: *EDCR 99 - 51 - RT*
*EDCR 00 - 47 - RT*

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    (X)    the defendant's nonobjection to detention at this time

    ( )    other: _____

1

1  and/ or

2  B. (X) The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the

4  safety of any other person or the community if released under 18 U.S.C.

5  § 3142(b) or (c).  This finding is based on the following:

6  (X) information in the Pretrial Services Report and Recommendation

7  (X) information in the violation petition and report(s)

8  (X) the defendant's nonobjection to detention at this time

9  ( ) other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: September 23, 2015 _____

15  SHERI PYM

    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28